# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| William Adamczyk, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:17-cv-00252-JVB-MGG |
| v. | ) |
| Earl D. Miller, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS CERTAIN DEFENDANT

Plaintiff, William Adamczyk ("Plaintiff"), by his undersigned counsel, and for his Motion to Dismiss Certain Defendant, respectfully states as follows:

As per an agreement reached by and between Plaintiff and Defendant Matthew Gingerich, through their respective attorneys of record, the matter as it pertains to Defendant Matthew Gingerich has been resolved. Therefore, Plaintiff respectfully requests that the Court dismiss Defendant Matthew Gingerich with prejudice from this case under Rule 41(a)(2) of the Federal Rules of Civil Procedure. All claims against the remaining Defendants shall continue.

Dated: April 25, 2018

Respectfully submitted,
**William Adamczyk**

By: /s/ J. Samuel Tenenbaum
    One of his attorney

J. Samuel Tenenbaum, *pro hac vice*
(Illinois State Bar # 2808315)
Colleen J. Balek, *pro hac vice*
(Illinois Bar # 6312300)
Attorney for William Adamczyk
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
Telephone: (312) 503-4808
Facsimile: (312) 503-8777
s-tenenbaum@law.northwestern.edu
cjbalek@gmail.com

# CERTIFICATE OF SERVICE

I, J. Samuel Tenenbaum, certify under penalty of perjury that I caused a copy of Plaintiff's Motion to Dismiss Certain Defendant to be filed electronically and served via this Court's CM/ECF system upon the following:

David A Baugh
Stefan R Dandelles
Kaufman Dolowich & Voluck LLP
135 S LaSalle St Ste 2100
Chicago, IL 60603
dbaugh@kdvlaw.com
sdandelles@kdvlaw.com

Brian E Casey
George E Horn, Jr
Barnes & Thornburg LLP
700 1st Source Bank Center
100 N Michigan St
South Bend, IN 46601-1632
brian.casey@btlaw.com
george.horn@btlaw.com

Nicholas M Drum PHV
Immix Law Group PC
600 NW Naito Pkwy Ste G
Portland, OR 97209
nick.drum@immixlaw.com

Keil M Mueller PHV
Stoll Stoll Berne Lokting & Shlachter PC
209 SW Oak St Ste 500
Portland, OR 97204
kmueller@stollberne.com

James L Wieser
Wieser & Wyllie LLP
429 W Lincoln Hwy
Schererville, IN 46375
jlw@wieserwyllielaw.com

/s/ J. Samuel Tenenbaum